UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

T.H., a minor, by his mother and next friend, )
SHARON HUNTER, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 07-0695 (ESH)
)
DISTRICT OF COLUMBIA, et al., )
)
Defendants. )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have United States Magistrate Judge John M. Facciola conduct any and all further proceedings in the case, including trial.

_____     8/8/07
Attorney for the Plaintiff           Date


_____     _____
Attorney for the Defendant           Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge John M. Facciola for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_Ellen S Huvelle_                    8/9/07
ELLEN SEGAL HUVELLE                  Date
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

T.H., a minor, by his mother and next friend, )
SHARON HUNTER, *et al.*, )
                        Plaintiffs, )
                        v. ) Civil Action No. 07-0695 (ESH)
DISTRICT OF COLUMBIA, *et al.*, )
                        Defendants. )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have United States Magistrate Judge John M. Facciola conduct any and all further proceedings in the case, including trial.

_____       _____
Attorney for the Plaintiff                                Date

*/s/ Veronica A. Porter*                               8/8/07
Attorney for the Defendant                            Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge John M. Facciola for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

*/s/ Ellen S. Huvelle*                                    8/9/07
ELLEN SEGAL HUVELLE                           Date
United States District Judge