UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **T.H., et al.** * | |
| * | |
| **Plaintiffs** * | |
| * | **Civil Action No. 07-695 (JMF)** |
| **v.** * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
| * | |
| **Defendants** * | |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

The Plaintiff, by and through its undersigned counsel, with the consent of Defendants respectfully requests that the Court amend its scheduling order. In support thereof, the Plaintiff states as follows:

1. That the Court entered a scheduling order in the above-captioned matter on August 24, 2007.

2. That the scheduling order required *inter alia*, that Defendants file the Administrative record by September 28, 2007; Plaintiff to file motion for summary judgment by November 9, 2007.

3. That although the document portion of the Administrative Record was filed on September 27, 2007, the Hearing Transcripts were not filed until November 2, 2007.

4. That undersigned counsel will be withdrawing his appearance in this matter and is in the process of transferring the file to Plaintiff's new counsel so that he can formally file a motion for substitution of counsel.

1

5.     That the parties need additional time within which to file their motions, oppositions and replies. As such the parties propose the following schedule:

   i.    Plaintiffs' motion for summary judgment due on December 21, 2007

   ii.   Defendants' cross motion for summary judgment and opposition due January 31, 2008

   iii.  Plaintiffs' opposition and reply due February 28, 2008; and

   iv.   Defendant's reply due March 21, 2008.

6.     That an amendment of the scheduling order is necessary because it would allow the new counsel sufficient time to review the record and file Plaintiffs motion for summary judgment.

7.     The Plaintiff submits that no party would be prejudiced by the requested amendment and proposed deadlines.

WHEREFORE, Plaintiffs, T.H. and Sharon Hunter respectfully request that this Honorable Court amend the scheduling order and adopt the new dates proposed by the parties in the interest of justice.

                                        Respectfully Submitted,
                                        THE IWEANOGES' FIRM, P.C.


                                        _____/s/*Jude Iweanoge*/s/_____
                                        Jude C. Iweanoge (DCB#493241)
                                        IWEANOGE LAW CENTER
                                        1026 Monroe Street, NE
                                        Washington, DC  20017
                                        Phone: (202) 347-7026
                                        Fax: (202) 347-7108
                                        Email: jci@iweanogesfirm.com
                                        Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.H., et al.  *<br>*<br>       Plaintiffs  *<br>*<br>v.  *<br>*<br>DISTRICT OF COLUMBIA, et al  *<br>*<br>       Defendants  * | Civil Action No. 07-695 (JMF) |

**POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO AMEND SCHEDULING ORDER**

1. Fed. R. Civ. P. 6(b).

2. The interest of justice and the record herein.

                              Respectfully Submitted,
                              THE IWEANOGES' FIRM, P.C.


                              _____/s/*Jude Iweanoge*/s/_____
                              Jude C. Iweanoge (DCB#493241)
                              IWEANOGE LAW CENTER
                              1026 Monroe Street, NE
                              Washington, DC  20017
                              Phone: (202) 347-7026
                              Fax: (202) 347-7108
                              Email: jci@iweanogesfirm.com

                              Attorney for Plaintiff