UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SHARON HUNTER,** *et al.***,**

    **Plaintiffs,**

    v.                                          Civil Action No. 07-695 (JMF)

**DISTRICT OF COLUMBIA,** *et al.***,**

    **Defendants.**

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion for Partial Dismissal of Complaint [#6] is **GRANTED**, and it is further

**ORDERED** that all of plaintiffs' claims brought under 42 U.S.C. § 1983 and the Rehabilitation Act are hereby dismissed with prejudice.

    **SO ORDERED.**

Dated: February 13, 2008                         /s/
                                                         JOHN M. FACCIOLA
                                                         UNITED STATES MAGISTRATE JUDGE